```
                                                            FILED
                                                        2012 MAR 26  AM 9:52

                                                        CLERK U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF OHIO
              IN THE UNITED STATES DISTRICT COURT                AKRON
                    NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:12MJ1027 |
| Plaintiff | * | |
| -vs- | * | |
| XIAORONG WANG | * | NOTICE OF REPRESENTATION |
| Defendant | * | |
| | * * * | |

Now comes the Defendant, XIAORONG WANG, and hereby advises this Court he has retained Attorney Paul F. Adamson as counsel of record in these proceedings. All further notices should be forwarded to undersigned counsel at the below address.

Respectfully submitted,

/s/ Paul F. Adamson
PAUL F. ADAMSON #0029136
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171
330-253-7174 (fax)
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on March 23, 2012, a copy of the foregoing Notice of Representation was filed. Notice of this filing will be sent to Jack Sammon, Assistant U.S. Attorney, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113.

*Paul F Ada*
PAUL F. ADAMSON
Attorney for Defendant